IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


KYRA R. WOOD,
:
    Plaintiff,
:
    vs.     Case No. 3:09cv343
:
CHRISTOPHER EPLEY,     JUDGE WALTER HERBERT RICE
:
    Defendant.

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #3) IN THEIR ENTIRETY; PLAINTIFF'S OBJECTIONS TO SAID JUDICIAL FILING (DOC. #4) OVERRULED; JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF, DISMISSING THE CAPTIONED CAUSE WITH PREJUDICE; TERMINATION ENTRY

---

Pursuant to the reasoning and citations of authority set forth in the Report and Recommendations of the United States Magistrate Judge (Doc. #3), as well as upon a thorough *de novo* review of this Court's file and the applicable law, said Report and Recommendations are adopted in their entirety. The Plaintiff's Objections to said judicial filing (Doc. #4) are overruled.

Judgment will be ordered entered in favor of the Defendant and against Plaintiff herein, dismissing the Plaintiff's Complaint with prejudice.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

                                                       /s/ Walter Herbert Rice

September 23, 2009                        WALTER HERBERT RICE
                                                UNITED STATES DISTRICT JUDGE

Copies to:

Kyra R. Wood, Pro Se Plaintiff